STATE OF LOUISIANA                              NO. 23-KH-493

VERSUS                                          FIFTH CIRCUIT

EDWIN CODRINGTON                                COURT OF APPEAL

                                                STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

_____ October 18, 2023 _____

Linda Wiseman
First Deputy Clerk

**IN RE** EDWIN CODRINGTON

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE SCOTT U. SCHLEGEL, DIVISION "F", NUMBER 95-6759

Panel composed of Judges Fredericka Homberg Wicker, Robert A. Chaisson, and John J. Molaison, Jr.

**WRIT GRANTED**

The relator, Edwin Corrington, filed the instant application which seeks mandamus relief. Specifically, the relator requests that the district court be compelled to grant a return date within which he can file a writ application challenging the court's April 24, 2023 denial of his application for post-conviction relief. The relator asserts that his Notice of Intent was timely filed into the official record on May 8, 2023.

If Mr. Corrington does, in fact, have a timely filed Notice of Intent pending in Twenty-Fourth Judicial District Court case number 95-6759, the trial court is ordered to consider the motion and issue a ruling within five calendar days of this writ disposition.

Gretna, Louisiana, this 18th day of October, 2023.

**JJM**
**FHW**
**RAC**

23-KH-493

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/18/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-KH-493**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Scott U. Schlegel (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Edwin Codrington #387804 (Relator)
Louisiana State Penitentiary
Angola, LA 70712